Ronald H. Bae (SBN 186826)
rbae@AequitasLawGroup.com
Joseph Cho (SBN 198844)
jcho@AequitasLawGroup.com
Autumn E. Love (SBN 274209)
alove@AequitasLawGroup.com
**AEQUITAS LAW GROUP**
500 S. Grand Avenue, Suite 1310
Los Angeles, California 90071
Telephone:   (213) 223-7144
Facsimile:    (213) 223-7098

Attorneys for Plaintiff ANGIE SINGLETARY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ANGIE SINGLETARY, individually, and on behalf of other members of the general public similarly situated, and as an aggrieved employee pursuant to the Private Attorneys General Act ("PAGA"),<br><br>Plaintiff,<br><br>vs.<br><br>TEAVANA CORPORATION, a Georgia corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case Number:   5:13-cv-01163-PSG<br><br>[The Honorable Paul S. Grewal]<br><br>**NOTICE OF CLASS ACTION SETTLEMENT;** [PROPOSED] **ORDER**<br><br><br><br>[Complaint filed:   January 24, 2013] |

**TO THIS HONORABLE COURT:**

PLEASE TAKE NOTICE that the parties reached a class-wide settlement, through private mediation, in the above-entitled action. The parties will be working together to draft a Joint Stipulation of Class Action Settlememnt as well as formulate a plan for the administration of the class settlement. Upon concluding these tasks, Plaintiff will file a Motion for Preliminary Approval of Class Action Settlement.

In light of this development, the parties respectfully request that the Court vacate all upcoming court dates in the above-entitled action while the procedural and administrative issues are being addressed.

Date: May 21, 2014

AEQUITAS LAW GROUP

By: _____
RONALD H. BAE
AUTUMN E. LOVE
Attorneys for Plaintiff ANGIE SINGLETARY

Date: May 21, 2014

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____
GREGORY W. KNOPP
CHRISTOPHER K. PETERSEN
Attorneys for Defendant TEAVANA CORPORATION

## ORDER

Based on the foregoing, IT IS ORDERED THAT all pending dates governing the above-entitled action are vacated.

**IT IS SO ORDERED.**

Dated: May 23, 2014

_____
MAGISTRATE JUDGE PAUL S. GREWAL