1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9      NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION
10

| | |
|---|---|
| 11  ANGIE SINGLETARY, individually, and on behalf of other members of the general public similarly situated, and as an aggrieved employee pursuant to the Private Attorneys General Act ("PAGA"), <br><br> Plaintiff, <br><br> vs. <br><br> TEAVANA CORPORATION, a Georgia corporation; and DOES 1 through 100, inclusive, <br><br> Defendants. | **Case Number:   5:13-cv-01163-PSG** <br><br> [Assigned to the Honorable Paul S. Grewal] <br><br> **[PROPOSED] ORDER RE: CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY FOR PLAINTIFF ANGIE SINGLETARY** |

-1-

# ORDER

Based on the Consent Order Granting Substitution of Attorney signed by Plaintiff Angie Singletary, as well as by the predecessor and successor counsel, filed on June 23, 2015, the proposed substitution of attorney is hereby approved for Plaintiff Angie Singletary, as follows.

As of the date of this Order, counsel for Plaintiff Angie Singletary shall be:

> Ronald H. Bae
> rbae@aequitaslegalgroup.com
> Olivia D. Scharrer
> oscharrer@aequitaslegalgroup.com
> AEQUITAS LEGAL GROUP
> A Professional Law Corporation
> 1156 E. Green Street, Suite 200
> Pasadena, California  91106
> Telephone:  (213) 674-6080
> Facsimile:  (213) 674-6081

**IT IS SO ORDERED.**

Dated:  ____June 25____, 2015

_____
MAGISTRATE JUDGE PAUL S. GREWAL
UNITED STATES DISTRICT COURT